UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSA HALL,

   Plaintiff,

v.                         CASE NO: 4:18-cv-00112-MW-CAS

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Rosa Hall, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to: J. Evans Gibbs, Esquire, 600 Peachtree Street, NE, Suite 5200, Atlanta, Georgia 30308, on this 24 day of April, 2018.

                        */s/Frank H. Kerney, III, Esquire*
                        Frank H. Kerney, III, Esquire
                        Florida Bar #: 88672
                        Morgan & Morgan, Tampa, P.A.
                        One Tampa City Center
                        201 North Franklin Street, 7th Floor
                        Tampa, FL 33602
                        Telephone: (813) 223-5505
                        Facsimile:  (813) 223-5402
                        fkerney@forthepeople.com
                        jkneeland@forthepeople.com
                        snazario@forthepeople.com
                        *Counsel for Plaintiff*