IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSA HALL,

    Plaintiff,

v.                                         Case No.  4:18-cv-112-MW/CAS

PORTFOLIO RECOVERY
ASSOCIATES LLC,

    Defendant.

_____/

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

<u>April 24, 2018</u>               <u>s/ Tiffinie Larkins</u>
DATE                                Deputy Clerk